CHIPPY'S AUTO MART, INC., *ET AL.*, APPELLANTS-RE-
SPONDENTS, v. CHARLES R. HOWELL, COMMISSIONER,
ETC., *ET AL.*, RESPONDENTS-PETITIONERS.

*Mr. Arthur J. Sills* and *Mr. Avrom J. Gold* for the peti-
tioners.

*Messrs. Richman, Berry & Ferren* for the respondents.

March 1, 1966. Granted.

THOMAS ARAPS, *ET ALS.*, PLAINTIFFS-RESPONDENTS,
v. PETER ZAGARA, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Oppenheim & Oppenheim* and *Mr. Henry H. Rub-
enson* for the petitioners, cross-respondents.

*Messrs. Blume & Kalb* and *Mr. Joseph Fisch* for the re-
spondents, cross-petitioners.

March 1, 1966. Denied.

JOSEPH PETROZZINO, PETITIONER-PETITIONER, v. MON-
ROE CALCULATING MACHINE COMPANY, INC., RE-
SPONDENT-RESPONDENT.

See same case below: 90 *N. J. Super.* 64.

*Mr. Charles J. Farley, Jr.* for the petitioner.

*Messrs. Haskins, Robottom & Hack* for the respondent.

March 1, 1966. Granted.